UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUN PHARMACEUTICAL
INDUSTRIES LTD.,

    Plaintiff and Counterclaim Defendant,

v.

ELI LILLY AND COMPANY,

    Defendant and Counterclaim Plaintiff.
_____/

Case No. 2:07-cv-15087

Hon. George Caram Steeh
Mag. Judge R. Steven Whalen

### STIPULATION AND ORDER FOR PAGE-LENGTH EXTENSION ON PARTIES' OPENING AND RESPONDING BRIEFS RE SUMMARY JUDGMENT

    Plaintiff and Counterclaim Defendant Sun Pharmaceutical Industries Ltd. and Defendant and Counterclaim Plaintiff Eli Lilly and Company ("Lilly") stipulate and agree to the entry of this Order as follows:

    1.    According to the Court's May 29, 2008, Scheduling Order, the parties' deadline for filing motions for summary judgment is August 14, 2009. Sun intends to move the court for summary judgment that the asserted claims of the patents-in-suit are invalid as obvious over the prior art.

    2.    Given the complexity of the scientific, legal, and factual issues that will need to be briefed in connection with such a motion, the parties agree that the twenty-page limit provided in Local Rule 7.1(c)(3)(A) for briefs supporting a motion and response is insufficient for a full analysis and presentation of the issues.

3. The parties therefore agree to an extension of the twenty-page limit for briefs supporting the motion and the response to the motion, as follows: an additional five (5) pages for both briefs, such that the text of Sun's brief in support of the motion (including footnotes and signatures), and the brief in support of Lilly's response to the motion (including footnotes and signatures), may not exceed twenty-five (25) pages.

Therefore, IT IS ORDERED that the text of Sun's brief in support of its motion for summary judgment re obviousness (including footnotes and signatures), and the brief in support of Lilly's response to the motion (including footnotes and signatures), may not exceed twenty-five (25) pages.

SO ORDERED.

Dated: August 17, 2009                    s/George Caram Steeh
                                          HON. GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: August 14, 2009			By: _/s/ Peter E. Perkowski_____
					Peter E. Perkowski
					Gail J. Standish
					WINSTON & STRAWN LLP
					333 S. Grand Avenue, 38th Floor
					Los Angeles, CA  90071
					(213) 615-1700
					pperkowski@winston.com

					James F. Hurst
					WINSTON & STRAWN LLP
					35 West Wacker Drive
					Chicago, Illinois 60601

					Richard W. Paige (P45199)
					Moheeb H. Murray (P63893)
					BUSH SEYFERTH & PAIGE PLLC
					3001 W. Big Beaver Rd., Ste. 600
					Troy, MI  48084

					Scott R. Samay
					WINSTON & STRAWN LLP
					200 Park Avenue
					New York, NY  10166

					**Attorneys for Sun Pharmaceutical Industries Ltd.**

[SIGNATURE BLOCKS CONTINUED ON THE NEXT PAGE]

APPROVED AS TO FORM:

Dated: August 14, 2009          By: _/s/ Robert F. Shaffer_____
                                Jeffrey G. Muth (P65041)
                                BARNES & THORNBURG LLP
                                300 Ottawa Avenue, NW - Suite 500
                                Grand Rapids, MI 49503
                                (616) 742-3930
                                jmuth@btlaw.com

                                Charles E. Lipsey
                                FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP
                                11955 Freedom Drive
                                Suite 800
                                Reston, VA 20190-5675

                                Robert D. Bajefsky
                                Robert F. Shaffer
                                FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP
                                901 New York Avenue NW
                                Washington, DC 20001

                                Robert F. McCauley
                                FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP
                                3300 Hillview Avenue
                                Palo Alto, CA 94304-1203

                                **Attorneys for Eli Lilly and Company**